UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE REGISTERED HOLDERS OF
CCUBS COMMERCIAL MORTGAGE TRUST 2017-
C1, COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2017-C1, acting
by and through its special servicer,
Midland Loan Services, a Division of
PNC Bank, National Association, as
Special Servicer under the Pooling and
Servicing Agreement dated as of
November 1, 2017,

                              Plaintiff,

                - against -

130 BOWERY ACQUISITION LLC; MICHAEL
MARVISI; DAVID MARVISI; NEW YORK CITY
DEPARTMENT OF FINANCE; NEW YORK CITY
DEPARTMENT OF TRANSPORTATION; and
"JOHN DOE" NO. 1 THROUGH "JOHN DOE"
NO. 100,

The names of the "John Doe" Defendants
being Fictitious and Unknown to
Plaintiff, the Persons and Entities
Intended Being Those Who May Be in
Possession of, or May Have Possessory
Liens or Other Interests in, the
Premises Herein Described.

                              Defendants.

22-cv-00878 (LLS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/22

     A conference pursuant to Fed. R. Civ. P. 16(b) having been held, and counsel having been heard, this case is scheduled for non-jury trial commencing at 2:30 P.M. on Tuesday, August 16, 2022.

     Plaintiff has leave to move for summary judgment.

     So Ordered.

Dated:   New York, New York
         June 24, 2022

-1-

_Louis L. Stanton_
LOUIS L. STANTON
U.S.D.J.