ORIGINAL

USDC S
DOCUM
ELECT LY FILED
DOC #:
DATE 8/19/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, etc.,

Plaintiff,

- against -

MICHAEL MARVISI and DAVID MARVISI,

Defendants.

22 Civ. 00878 (LLS)

ORDER

Finding Plaintiff Wells Fargo Bank, National Association as Trustee, etc. ("Wells Fargo") properly served the First Amended Complaint on defendant David Marvisi, and that David Marvisi failed to plead or otherwise defend within the time prescribed by the Federal Rules, it is

ORDERED, that the Clerk enter Wells Fargo's Proposed Clerk's Certificate of Default against David Marvisi.

Dated: New York, New York
August 19, 2026

Louis L. Stanton

LOUIS L. STANTON
U.S.D.J.